UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAA,<br><br>        Plaintiff,<br><br>     v.<br><br>CITY OF DUBLIN, et al.,<br><br>        Defendants. | Case No. 14-cv-03260-WHO<br><br>**ORDER ON AMENDED COMPLAINT AND REQUIRING SERVICE BY THE U.S. MARSHAL**<br><br>Re: Dkt. No. 13 |

On September 19, 2014, reviewing the complaint for sufficiency under 28 U.S.C. § 1915, I adopted the Report and Recommendation of Judge Spero and dismissed portions of plaintiff's complaint with leave to amend. I dismissed Claim 1 as to defendant Christopher Shepard, because the complaint failed to allege that Shepard was "at the scene" or otherwise participated in the alleged false arrest/detention. I dismissed Claims 2 and 9 because plaintiff failed to plead facts that the constitutional violations he alleged were committed against him were the result of a policy, practice, or custom (or the result of a decision by a final policy-making Dublin official or ratified by such an individual). Similarly, he alleged no facts to support a claim for failure to hire, train, or supervise officers. I dismissed Claim 3 (conspiracy) because plaintiff failed to allege facts showing a conspiracy with respect to his arrest/detention. Finally, I dismissed the remaining state law claims (Claims 4-8, 10) because plaintiff failed to allege facts showing he had exhausted the requirements of the California Tort Claims Act. *See* Docket Nos. 7, 12.

On September 23, plaintiff filed a First Amended Complaint, also attaching a DVD showing some portion of his arrest. In the FAC, plaintiff adds additional facts regarding the events surrounding his arrest and detention; including allegations that defendant Shepard was on the scene and participated in plaintiff's "interrogation" and arrest, and additional facts regarding

the officers' interactions. Plaintiff also included additional facts regarding the administrative claim he filed against the City of Dublin, and mentions a "policy" of the County of Alameda posted on the Alameda Sheriff's Department's website. Reviewing the FAC, I find that plaintiff, proceeding *pro se*, has attempted to correct the deficiencies identified in my Order. I do not find that his First Amended Complaint adequately states *all* of his claims, however, I find that under 28 U.S.C. § 1915(e)(2)(B), the case should be allowed to proceed at this juncture because the FAC appears to state at least one claim on which relief may be granted.

As such, having been found to comply with 28 U.S.C. § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, First Amended Complaint, scheduling orders, attachments, and this order upon the defendant.

**IT IS SO ORDERED**.

Dated: September 24, 2014



WILLIAM H. ORRICK
United States District Judge