UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAA,

        Plaintiff,

   v.

CITY OF DUBLIN, et al.,

        Defendants.

Case No. 14-cv-03260-WHO

**ORDER TO SHOW CAUSE FOR FAILURE TO FILE OPPOSITION**

    Defendant the City of Dublin filed a motion to dismiss plaintiff's complaint. That matter is set to be heard on December 10, 2014. Plaintiff's opposition or response to that motion was **due on November 12, 2014.** As of the date of this order, plaintiff has not filed his opposition or otherwise responded to the City's motion to dismiss.

    Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by **filing an opposition or other response to the motion to dismiss by December 3, 2014**. If plaintiff does not file his opposition by that date, this case may be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

    If plaintiff files his opposition by December 3, 2014, the City's reply is due December 10, 2014. The hearing on the motion to dismiss is reset to **December 17, 2014** at 2:00 p.m. in Courtroom 2.

    **IT IS SO ORDERED**.

Dated: November 19, 2014

WILLIAM H. ORRICK
United States District Judge