UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAA,

    Plaintiff,

    v.

CITY OF DUBLIN, et al.,

    Defendants.

Case No. 14-cv-03260-WHO

**ORDER DISMISSING CASE**

Re: Dkt. No. 57

    Plaintiff David Jaa submitted a notice of voluntary dismissal of his case without prejudice pursuant to Federal Rule of Civil Procedure 41(a) after I dismissed his Second Amended Complaint with leave to amend. Dkt. Nos. 56, 57.[1]

    Pursuant to Rule 41(a) and Jaa's notice of dismissal, this case is hereby DISMISSED without prejudice.

    **IT IS SO ORDERED**.

Dated: June 12, 2015

_____
WILLIAM H. ORRICK
United States District Judge

---

[1] This document was incorrectly filed as a motion to dismiss with a hearing date set for July 22, 2015. Because the case is dismissed, I VACATE the hearing.